IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR254 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIA LEE DUARTE and | ) | ORDER |
| RONALD L. PETERSON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant Maria Lee Duarte's motion to continue trial (Filing No. 66). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to continue trial is granted; trial of this matter is rescheduled for:

**Monday, February 13, 2012, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. This will give the parties time to pursue plea negotiations or prepare for trial, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendants in a speedy trial. The additional time between January 17, 2012, and February 13, 2012, shall be deemed excludable time in any computation of time

under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 17th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court